UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Operating Engineers Local #49 Health
and Welfare Fund and Central Pension
Fund of the International Union of
Operating Engineering and Participating
Employers, and Local #49 International
Union Of Operating Engineers and
Associated General Contractors of
Minnesota Apprenticeship and Training
Program and their Trustees,

Plaintiff,

vs.                                                            ORDER ADOPTING
                                                     REPORT AND RECOMMENDATION

CMT Removal and Construction Inc.,
d/b/a Jacobsen Removal,

Defendant.                    Civ. No. 08-1299 (PJS/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L.

Erickson, and after an independent review of the files, records and proceedings in the above-titled

matter, **IT IS ORDERED**:

That this action is dismissed for failure to comply with this Court's Order of June 18, 2008,

and for lack of prosecution.

Dated: 08/08/08                              s/Patrick J. Schiltz
                                             Patrick J. Schiltz
                                             United States District Judge